USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 15 2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x
                          :
UNITED STATES OF AMERICA   :
                          :
    - v. -                 :   **INFORMATION**
                          :
RASHEEN L. AMARO,         :   16 Cr.
   a/k/a "MisfitMunster,"    :
                          :   **16 CRIM 848**
          Defendant.   :
                          :
- - - - - - - - - - - - - - - - x

## COUNT ONE

### (Possession of Child Pornography)

The United States Attorney charges:

1. In or about October 2015, in the Southern District of New York and elsewhere, RASHEEN L. AMARO, a/k/a "MisfitMunster," the defendant, knowingly did possess and access with intent to view, a book, magazine, periodical, film, videotape, computer disk, and other material that contained an image of child pornography that had been mailed, shipped and transported using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit, AMARO possessed images of child

**JUDGE FAILLA**

pornography, including images of prepubescent minors, in his residence in the Bronx, New York.

(Title 18, United States Code, Sections 2252A(a)(5)(B), (b)(2), and 2.)

## COUNT TWO

### (Receipt and Distribution of Child Pornography)

The United States Attorney further charges:

2. In or about October 2015, in the Southern District of New York and elsewhere, RASHEEN L. AMARO, a/k/a "MisfitMunster," the defendant, knowingly did receive and distribute and attempt to receive and distribute material that contains child pornography that had been mailed, and using a means and facility of interstate and foreign commerce shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit, AMARO used a cell phone to receive and distribute videos and images containing child pornography over the Internet in his residence in the Bronx, New York.

(Title 18, United States Code, Sections 2252A(a)(2)(B), (b)(1), and 2.)

### FORFEITURE ALLEGATION

3. As a result of committing the offenses charged in Counts One and Two of this Information, RASHEEN L. AMARO, a/k/a

"MisfitMunster," the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any and all property, real and personal, constituting or traceable to gross profits or other proceeds obtained from said offenses and any and all property, real or personal, used or intended to be used to commit or promote the commission of said offense or traceable to such property, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offenses.

### SUBSTITUTE ASSET PROVISION

4.   If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a.   cannot be located upon the exercise of due diligence;

    b.   has been transferred or sold to, or deposited with, a third person;

    c.   has been placed beyond the jurisdiction of the Court;

    d.   has been substantially diminished in value; or

    e.   has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

(Title 18, United States Code, Sections 981(a)(1)(C) and 982;
Title 21, United States Code, Section 853(p); and
Title 28, United States Code, Section 2461(c).)

*Preet Bharara*
PREET BHARARA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

RASHEEN L. AMARO,
a/k/a "MisfitMunster,"

Defendant.

### INFORMATION

16 Cr.

(18 U.S.C. §§ 2252A(a)(2)(B), (a)(5)(B),
(b)(1), (b)(2), and 2.)

PREET BHARARA
United States Attorney.