UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    -v.-<br><br>RASHEEN AMARO,<br><br>                                  Defendant. | 16 Cr. 848 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Defendant Rasheen Amaro's request for compassionate release, pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).  (Dkt. #42, 43). The Government is hereby ORDERED to respond to the motion on or before **May 22, 2020**.

    SO ORDERED.

Dated:    May 14, 2020
          New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge