UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v.- | 16 Cr. 848 (KPF) |
| RASHEEN AMARO, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Defendant Rasheen Amaro's request for compassionate release, pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). (Dkt. #42, 43, 46), the Government's opposition thereto (Dkt. #47), and Mr. Amaro's reply submission (Dkt. #49, 50). To the extent they have knowledge, the parties are hereby ORDERED to notify the Court, on or before **June 8, 2020**, with regard to what mental health and/or sex offender specific treatment Mr. Amaro has received during the entirety of his time at Fort Dix, as well as specifically with reference to the period of the COVID-19 Pandemic.

SO ORDERED.

Dated: June 1, 2020
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge